# DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
## FOURTH DISTRICT

**SANDRA JEAN BROWN** and
**LAUREN BROWN,**
Appellants,

v.

**STARWOOD RETAIL PROPERTY MANAGEMENT, LLC,** and
**TM WELLINGTON GREEN MALL, LP,**

Appellees.

No. 4D19-836

[November 21, 2019]

Appeal from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; James Nutt, Judge; L.T. Case No. 502017CA000012XXXXMB.

Spencer T. Kuvin of The Law Offices of Craig Goldenfarb, P.A., West Palm Beach, for appellants.

Warren B. Kwavnick of Cooney Trybus Kwavnick Peets, Fort Lauderdale, for appellees.

PER CURIAM.

*Affirmed.*

GROSS, KLINGENSMITH and KUNTZ, JJ., concur.

\*       \*       \*

***Not final until disposition of timely filed motion for rehearing.***